**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| JASON DEMENT, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 1:16-CV-247 SNLJ |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent, | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on movant's application for certificate of appealability. Although he filed the application in this Court, he indicates that he is seeking a certificate from the Court of Appeals. Additionally, this Court has stated that no certificate of appealability will issue.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to **TRANSFER** movant's application for certificate of appealability [ECF No. 12] to the Court of Appeals for the Eighth Circuit.

Dated this 14<u>th</u> day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE